# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 8415 | **DATE** | 1/16/2001 |
| **CASE TITLE** | Marcos Borras etc. Vs. Mark George | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Plaintiff's petition to approve settlement of Minor's cause of action is granted. Enter Order Approving Minor's Settlement.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | Document Number |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | JAN 17 2001 date docketed | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | WAH | courtroom deputy's initials | JAN 17 2001 date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARCOS BORRAS, a minor, )
by his mother, MYRNA BORRAS, )
              Plaintiff, )
                        ) No. 99 C 8415
vs. )
                        )
MARK GEORGE, )
              Defendant. )

## ORDER APPROVING MINOR'S SETTLEMENT

This matter coming to be heard upon the Plaintiff's Petition to Approve Minor's Settlement in the amount of Fifty Five Thousand and NO/100 ($55,000.00) Dollars, the Court finds as follows:

1. The settlement amount of Fifty Five Thousand and NO/100 ($55,000.00) Dollars is fair and reasonable.

2. The attorney for the Plaintiff is entitled to fees in the amount of Twenty Thousand Three Hundred Thirty Three and 33/100 ($22,833.33) DOLLARS and said fees are found to be fair and reasonable attorney's fees.

3. The attorney for the Plaintiff is entitled to reimbursement for expenses attributable to this lawsuit in the amount of $1,011.50, as itemized below, and said expenses are fair and reasonable:

```
Clerk of Court, USDC.................................$ 150.00
Scott Rabin, investigation...........................$ 125.00
Edwin J. Bray, investigation.........................$ 350.00
Elizabeth Nardi, C.S.R. (00 JD 4636).................$  15.50
Parking-Juvenile Court, 19 @ $2.00,,,,,,,,,,,........$  38.00
Weinstein & Ryan (Bond)..............................$ 228.00
Clerk of Court, Probate..............................$ 105.00
TOTAL COSTS TO BE REIMBURSED.........................$1011.50
```



DOCKETED
JAN 7 2001

4. The lien of Illinois Department of Public Aid has been settled in the amount of $6,700.00 and said settlement is a fair and reasonable resolution of the lien of the Illinois Department of Public Aid.

5. The net amount distributable to the minor plaintiff is $24,455.17.

IT IS THEREFORE ORDERED that the settlement of the minor's cause of action is approved provided that the settlement amount approved herein shall be paid only to a guardian appointed by the Probate Division of the Circuit Court of Cook County, Illinois and this Order shall be effective only after the entry in the Probate Division of the Circuit Court of Cook County, Illinois, of an Order approving the bond or other security required to administer the settlement and distribution provided for in this Order.

IT IS FURTHER ORDERED that this case is dismissed with prejudice, all matters in controversy having been settled and all costs having been paid.

ENTERED:

_____
Judge John W. Darrah,
United States District Court for
the Northern District of Illinois

Dated: January 16, 2001

JAMES A. PAYONK, JR., P.C.
Attorneys for Plaintiff
25 E. Washington Street
Suite 1225
Chicago, Illinois 60602
(312) 782-6005