Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 8415 | **DATE** | 1/22/2001 |
| **CASE TITLE** | MARACOS BORRAS vs. MARK GEORGE | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Pursuant to agreed stipulation to dismiss, this case is dismissed with prejudice in accordance with the settlement agreement and agreed order of dismissal.
(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JAN 24 2001 date docketed | 10 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 01 JAN 23 PM 5:13 | JAN 24 2001 date mailed notice | |
| LG | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

bb [rs-borras]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCOS BORRAS, a minor by his Mother, MYRNA BORRAS ) ) ) Plaintiffs, ) ) v. ) ) MARK GEORGE, Chicago Police Officer, ) Star #12441, ) ) Defendant. ) | No. 99 C 8415 Judge Darrah |

DOCKETED JAN 24 2001

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiffs, Myrna Borras and Marcos Borras, a minor, by his guardian <u>ad litem</u> and next friend, Myrna Borras, by their attorney, James A. Payonk, Jr., and the City of Chicago by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendant Mark George, by one of his attorneys, William E. Bazarek, Assistant Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court, after reviewing the Release and Settlement Agreement, finding it to be fair and reasonable, and being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

1. Myrna Borras is hereby found to be duly qualified and competent to represent the best interests and act as guardian <u>ad litem</u> and next friend to Marcos Borras, a minor, for purposes of joining this action as parties and settling his lawsuit and releasing any and all claims

10

that the minor has, had or may have in the future resulting from the incidents which form the basis of the complaint and all other claims occurring on or before December 1, 2000 as set forth in the Release and Settlement Agreement.

2. Myrna Borras is hereby appointed guardian *ad litem* of Marcos Borras, a minor, for the purposed of joining this action as a party and settling this lawsuit and releasing any and all claims that the minor has, had, or may have in the future resulting from the incidents which form the basis of the complaint herein. The guardianship of Marcos Borras, is for the limited purpose of joining this action as parties and settling this lawsuit and releasing any and all claims the minor has, have, or may have in the future, but is not for the purposes of distribution of the minor's proceeds of this settlement, and a probate proceeding or trust account shall be initiated by plaintiffs' counsel for preservation and distribution of the minor's proceeds of the settlement.

3. All of the claims of plaintiffs, Myrna Borras and Marcos Borras, a minor, by his guardian *ad litem* and next friend, Myrna Borras are dismissed with prejudice and in accordance with the Release and Settlement Agreement.

4. The Court finds, pursuant to Rule 20 of the General Rules of the United States District Court for the Northern District of Illinois, that the settlement on behalf of Marcos Borras, a minor, by his guardian *ad litem* and next friend, Myrna Borras, is fair and reasonable and made in the best interests of the minor.

5. The Court retains jurisdiction to enforce the provisions of the Release and Settlement Agreement filed herein and this Agreed Order of Dismissal.

ENTER: _____
JOHN W. DARRAH, JUDGE
UNITED STATES DISTRICT COURT

DATED: January 22, 2001

William E. Bazarek
Assistant Corporation Counsel
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744-1975
Attorney No. 06203720